# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

United States of America,

        Plaintiff,                Civil No. 08-1279 (RHK/AJB)

vs.                         **ORDER**

Jerry Strauss, Eileen Strauss, Hennepin
County Treasurer, Minnesota Department
of Revenue, Household Industrial Finance
Company, Minneapolis Marriott Southwest,

        Defendants.

_____

        Defendants' Motion to Set Aside Clerk's Entry of Default Judgment (Doc.

Nos. 11 and 13) is **GRANTED**,[1] and said Entry of Judgment (Doc. No. 8) is

**VACATED**.


Dated:  August 28, 2008

                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge

_____

[1] Plaintiff's attorney agreed not to contest the instant Motion.