# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08-1279 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| JERRY C. STRAUSS; EILEEN STRAUSS; HENNEPIN COUNTY TREASURER; MINNESOTA DEPARTMENT OF REVENUE; HOUSEHOLD INDUSTRIAL FINANCE COMPANY; and MINNEAPOLIS MARRIOTT SOUTHWEST, | |
| Defendants. | |

_____

For good cause shown, the Stipulation to Lien Priority of Hennepin County is approved; and **IT IS ORDERED** that the delinquent real property taxes of the County of Hennepin on the subject property are prior to and superior to any right, title, interest, lien, or claim of the United States.

Dated: January 14, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District