UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No. 0:08-cv-1279-RHK-AJB<br>) |
| **JERRY C. STRAUSS; EILEEN STRAUSS; HENNEPIN COUNTY TREASURER; MINNESOTA DEPARTMENT OF REVENUE; HOUSEHOLD INDUSTRIAL FINANCE COMPANY; and MINNEAPOLIS MARRIOTT SOUTHWEST,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER FOR ENTRY OF JUDGMENTS BY DEFAULT

Having considered the United States' motion for entry of judgments by default, (Docket #56) on the United States' complaint to foreclose federal tax liens against real property located at 8400 29th Avenue North, New Hope, Minnesota 55427, and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion is GRANTED; and

IT IS ORDERED that judgment shall be entered in favor of the United States and against the defendants, Household Industrial Finance Company, Minneapolis Marriott Southwest, and the Minnesota Department of Revenue, on the United States' complaint seeking to foreclose tax liens and sell property located at 8400 29th Avenue North, New Hope, Minnesota 55427, with the Court determining that defendants Household Industrial Finance Company, Minneapolis Marriott Southwest, and the Minnesota Department of Revenue, have no right, title, lien, claim, or interest in the property.

Entered this  19th  day of   July  , 2010.

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           UNITED STATES DISTRICT JUDGE

Prepared by:

Mary E. Bielefeld, DC #384603
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9375; Fax: (202) 514-6770
E-mail: mary.e.bielefeld@usdoj.gov
       central.taxcivil@usdoj.gov