# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Civil No. 08-1279 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISTRIBUTION OF PROCEEDS AND FOR ENTRY OF JUDGMENT** |
| v. | |
| Jerry C. Strauss; Eileen Strauss; Hennepin County Treasurer; Minnesota Department of Revenue; Household Industrial Finance Company; and Minneapolis Mariott Southwest, | |
| Defendants. | |

_____

Having considered the Stipulation for distribution of proceeds and for entry of judgment against Jerry C. Strauss and Eileen Strauss on the United States' complaint to reduce assessments to judgment and to foreclose federal tax liens against real property located at 8400 29th Avenue North, New Hope, MN 55427, and for good cause shown,

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**; and

**IT IS ORDERED** that judgment shall be entered that the income tax liabilities of the Defendants Jerry C. Strauss and Eileen Strauss ("Strausses") for 1999 through 2005 were properly subject to discharge under 11 U.S.C. Section 523(a)(7)(A), and were discharged as a result of the discharge under Section 727 of 11 U.S.C., ordered by the Bankruptcy Court on February 17, 2010; and

**IT IS ORDERED** that the pre-petition Notices of Federal Tax Lien filed by the IRS regarding the federal income taxes of the Strausses, shall continue in effect and attach to all existing property and rights to property, including exempt property, belonging to the Strausses, both on and prior to the filing of their Chapter 7 petition in bankruptcy.

**IT IS ALSO ORDERED** that the net proceeds of $183,309.75 plus any accrued interest thereon held by the Clerk of this Court, shall be distributed to the United States by check made payable to the "United States Treasury" and said check shall be sent to:

>Mary E. Bielefeld
>Senior Trial Attorney, Tax Division
>U.S. Department of Justice
>555 4th Street, Room 8921
>Washington, D.C. 20001

by Federal Express using an account number to be provided by counsel for the United States.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Entered this 29th day of July, 2010.

>s/Richard H. Kyle
>RICHARD H. KYLE
>United Sates District Judge